People v Campos (2025 NY Slip Op 01174)

People v Campos

2025 NY Slip Op 01174

Decided on February 27, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 27, 2025

Before: Manzanet-Daniels, J.P., Kennedy, González, Rosado, Michael, JJ. 

Ind No. 1684/12|Appeal No. 3786|Case No. 2016-02195|

[*1]The People of the State of New York, Respondent,
v
Alejandro Campos, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Nancy E. Little of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Larry Glasser of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Ethan Greenberg, J.), rendered April 1, 2016, convicting defendant, after a jury trial, of two counts of robbery in the first degree, and criminal possession of stolen property in the fourth degree, and sentencing him to consecutive terms of 16 years and 10 years on the robbery counts, and time served on the stolen property count, unanimously affirmed.
Defendant's argument that the prosecutor engaged in misconduct, during cross-examination and in summation, that mandates reversal is unpreserved, and we decline to review it in the interest of justice. As an alternative holding, we find that defendant has failed to identify any significant impropriety by the prosecutor and plainly none that would approach the "obdurate pattern" of improper behavior required to establish reversible prosecutorial misconduct (People v D'Alessandro , 184 AD2d 114, 118 [1st
Dept 1992], lv denied 81 NY2d 884 [1993]).
We perceive no basis for reducing defendant's sentence.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 27, 2025